PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James House                                Case Number: 3:10-00163-24

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: May 27, 2011

Original Offense: 18 U.S.C. § 1962(d), Conspiracy to Participate in Racketeering Activity

Original Sentence: 30 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: August 28, 2012

Assistant U.S. Attorney: Scarlett M. Singleton    Defense Attorney: Thomas J. Drake, Jr.

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 21st day of June, 2013, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Sr. U.S. Probation Officer
Lisa A. Capps

Place   Columbia, Tennessee

Date    June 21, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state, or local crime:**

On June 17, 2013, in Davidson County, Tennessee, Mr. House was stopped for a traffic violation by the Metropolitan Nashville Police Department (MNPD). According to the citation, police observed the vehicle swerve and touch the yellow line on two occasions, and then corrected and swerved to the far side of the roadway. A traffic stop was conducted and upon interaction with Mr. House, a strong odor of marijuana was detected emanating from the vehicle. The occupants were removed and police searched the vehicle. Officers located a silver metal grinder in the center console, with marijuana residue, commonly used as marijuana paraphernalia. The passenger was found to have a purse with two different Oxycodone (10mg. and 30 mg.) tablets. Mr. House advised that the grinder was his, and the pills belonged to the female passenger. (Citation Number SCE108469). Mr. House has a booking date scheduled for July 10, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

James House began his term of supervised release on August 28, 2012. His term of supervision expires on August 27, 2015. Mr. House is currently employed with Wheels for Deals, Nashville, Tennessee, and resides with his mother and daughter in Hendersonville, Tennessee.

On March 14, 2013, a 12A petition was submitted to Your Honor advising of the offender's arrest on an outstanding warrant, and driving on suspended license. The U.S. Probation Office recommended no action be taken. Said petition was signed by Your Honor on March 19, 2013, ordering no action.

This officer spoke with Mr. House on June 18, 2013, regarding the citation for possession of drug paraphernalia, and he advised that he had been stopped for a traffic violation, and was smoking a cigar, which the officer believed had the smell of marijuana. The officer asked permission to search the vehicle and Mr. House gave permission. The officer found a pipe or some type of drug paraphernalia in the vehicle. Mr. House reported that approximately four months ago, he found his son with a pipe to smoke marijuana and took it from him. He then put the pipe in the car and forgot it was there. Mr. House was directed to report to the U.S. Probation Office that day to submit a urine screen, which was negative.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the offender be continued on supervised release and that this be handled in Davidson County General Sessions Court. The state court will likely impose an appropriate sentence should Mr. House be adjudicated guilty of the charges in SCE108469.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer