PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James House                     Case Number: 3:10-00163-24

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: May 27, 2011

Original Offense: 18 U.S.C. § 1962(d), Conspiracy to Participate in Racketeering Activity

Original Sentence: 30 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: August 28, 2012

Assistant U.S. Attorney: Scarlett M. Singleton    Defense Attorney: Thomas J. Drake, Jr.

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this 27th day of June, 2014, and made a part of the records in the above case.

_Sr. U.S. Probation Officer_
Lisa A. Capps

U. S. District Judge
Aleta A. Trauger

Place     Columbia, Tennessee

Date      June 25, 2014

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.  **Shall not commit another federal, state, or local crime:**

    On May 14, 2014, in Davidson County, Tennessee, Mr. House was stopped for a traffic violation by the Metropolitan Nashville Police Department (MNPD) and issued a citation (SC1040463) for Driving on a Suspended License. The citation was not available; however, according to Davidson County General Sessions Court records, the case was dismissed on June 4, 2014.

2.  **Shall notify the probation officer within 72 hours of any contact with law enforcement:**

    Mr. House failed to notify this officer of the contact he had with MNPD on May 14, 2014. This officer sent a text message to Mr. House on May 16, 2014, inquiring whether there had been any contact with police; however, Mr. House never responded to the text message. A letter of reprimand has been sent to the offender in response to this violation.

**Compliance with Supervision Conditions and Prior Interventions:**

James House began his term of supervised release on August 28, 2012. His term of supervision expires on August 27, 2015. Mr. House is currently employed with SAG Funeral Home, Nashville, Tennessee, and resides with his mother and daughter in Hendersonville, Tennessee.

On March 14, 2013, a 12A petition was submitted to Your Honor advising of the offender's arrest on an outstanding warrant and driving on suspended license. The U.S. Probation Office recommended no action be taken. Said petition was signed by Your Honor on March 19, 2013, ordering no action.

On June 21, 2013, a 12A petition was submitted advising the Court of a citation for driving on suspended license. The U.S. Probation Office recommended no action be taken. Said petition was signed by Your Honor on June 21, 2013, ordering no action.

## U.S. Probation Officer Recommendation:

The probation officer again respectfully recommends the offender be continued on supervised release as this case was dismissed in Davidson County General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____/s/ Vidette Putman_____
Vidette Putman
Supervisory U.S. Probation Officer